# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELISSA SOBOLESKI, | Civil Action No. 1:18-cv-00030 |
| Plaintiff, | Magistrate Judge Lisa Pupo Lenihan |
| v. | |
| EDINBORO UNIVERSITY OF PENNSYLVANIA, et al, | |
| Defendants. | |

## JUDGMENT ORDER

**IT IS ORDERED** this 17th day of December, 2018, that judgment is entered for Plaintiff, Melissa Soboleski, and against the Defendants, Edinboro University of Pennsylvania, the Pennsylvania State System of Higher Education and Bruce Baumgartner, in the amount of $218,972.60.

s/Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge